PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Michael Pampalone                                    Cr.: 20-00283-001
                                                                       PACTS #: 2057262

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/25/2017

Original Offense:   Count One: Wire Fraud, 18 U.S.C. § 1343
                    Count Two: Wire Fraud, 18 U.S.C. § 1343

Original Sentence: 24 months imprisonment, 36 months supervised release

Special Conditions: Restitution of $130,743.22, Special Assessment, New Debt Restrictions, Alcohol and Drug Testing/Treatment, Mental Health Treatment, No Contact with Victim

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06/22/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |
| | Pampalone has been making consistent payments since the commencement of his supervision until November of 2020. He currently owes an outstanding balance of $130,196.23 and is required to make monthly payments of $100 per month or ten percent of his gross monthly income. |

U.S. Probation Officer Action:

Mr. Pampalone's unemployment concluded and he is actively looking for employment. The U.S. Probation recommends that Pampalone's payments be suspended until February 2021, to allow him the opportunity to find work and get his life together.

The U.S. Probation Office further recommends the suspension of the alcohol and drug testing/treatment condition. Pampalone has tested negative for the past five years, has no reported drug use in his presentence report and has not had a drug-related arrest since he was 22 years old. The U.S. Probation Office reserves the ability to test Pampalone in the event we suspect drug use.

Prob 12A – page 2
Michael Pampalone

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Laura M. Kellogg*

By:   LAURA M. KELLOGG
U.S. Probation Officer

/ lmk

APPROVED:

*Sharon O'Brien*     *December 22, 2020*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[✓] The Court approves Pampalone's payments be suspended until February 2021 and the Court further approves the suspension of testing for alcohol and drugs (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

12/22/20
Date